

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2022

No. 04-22-00121-CV

**IN THE INTEREST OF D.R.T.S.,** a child,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02206
Honorable Kimberly Burley, Judge Presiding

# O R D E R

On February 22, 2022, appellant filed a notice of appeal stating her intent to appeal a final decree of termination signed "on or about February 11, 2022." The clerk's record, which was filed on March 7, 2022, does not contain an order terminating appellant's parental rights. In response to this court's inquiry, the district clerk's office confirmed that it had not yet received a signed order from the trial court.

"[A]n appeal may be prosecuted only from a final judgment." *Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, we **ORDER** appellant to show cause in writing **by March 18, 2022** why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court